# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 106 MM 2017

           Respondent          :

              v.                :

JOHNATHAN JERMAIN CORREA,      :

           Petitioner           :

## ORDER

**PER CURIAM**

     **AND NOW**, this 31st day of August, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Although counsel was negligent, Petitioner is entitled to a counsel-filed Petition for Allowance of Appeal. *See* Pa.R.Crim.P. 122. Counsel is DIRECTED to file the already-prepared Petition for Allowance of Appeal within five days.